```
Frederick J. Hickman  (#124406)
   fhickman@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
   CAMPBELL & TRYTTEN, LLP
199 S. Los Robles Avenue, Suite 600
Pasadena, California  91101-2459
Tel: (626) 535-1900
Fax: (626) 577-7764

Attorneys for Defendant,
WORLD SAVINGS BANK, FSB;
renamed and now known as
WACHOVIA MORTGAGE, FSB,
erroneously sued as Wachovia Mortgage
Corporation and World Savings, Inc.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DELALUZ GOMEZ,<br><br>  Plaintiff,<br><br>  vs.<br><br>WACHOVIA MORTGAGE CORPORATION (a North Carolina Corporation); WORLD SAVINGS, INC. (a California Corporation); CAL-WESTERN RECONVEYANCE CORPORATION (a California Corporation) And DOES 1 through 50, inclusive,<br><br>  Defendants. | Case No. CV 09-2111 EMC<br><br>STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT FOR WORLD SAVINGS BANK, FSB, NOW NAMED WACHOVIA MORTGAGE, FSB, ERRONEOUSLY SUED AS WACHOVIA MORTGAGE CORPORATION AND WORLD SAVINGS, INC.  ; ORDER |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

    Plaintiff MARIA DELALUZ GOMEZ and defendants WORLD SAVINGS BANK, FSB, renamed and know known as WACHOVIA MORTGAGE, FSB, erroneously sued as both WACHOVIA MORTGAGE CORPORATION and WORLD SAVINGS, INC. hereby stipulate to extend these defendants time to file their response to the complaint from May 21, 2009, to and including June 22, 2009.

/ / /

/ / /

1  IT IS SO STIPULATED.

2  Dated: May 28, 2009                           JAMES CURTIS & ASSOCIATES

3                                                By:   /s/ James Curtis
                                                       James Curtis, Esq.
4                                                      jamescurtislaw@msn.com
                                                 Attorneys for Plaintiff MARIA DELALUZ GOMEZ
5

6

7  Dated: May 28, 2009                           ANGLIN, FLEWELLING, RASMUSSEN
                                                         CAMPBELL & TRYTTEN LLP

8                                                By:   /s/ Fred Hickman
                                                       Fred Hickman
9                                                      fhickman@afrct.com
                                                 Attorneys for Defendants
10                                               WORLD SAVINGS BANK, FSB;
                                                 renamed and now known as
11                                               WACHOVIA MORTGAGE, FSB,
                                                 erroneously sued as Wachovia Mortgage
12                                               Corporation and World Savings, Inc.

13
                        ATTESTATION PURSUANT TO GENERAL ORDER 45
14
        I, Fred Hickman, attest that concurrence in the filing of this document has been obtained
15  from each of the signatories. I declare under penalty of perjury under the laws of the United
    States of America that the foregoing is true and correct. Executed this day, May 28, 2009.
16
                                                       /s/ Fred Hickman
17

18

19  IT IS SO ORDERED:

20

21  _____
22  Edward M. Chen
    U.S. Magistrate Judge
23

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Edward M. Chen]*

Stip Extend Time Respond Complaint - June 22, 09-167616.doc    2    CASE NO. CV 09-2111 EMC - STIPULATION RE EXTENSION OF TIME TO RESPOND TO COMPLAINT

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the city of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below I served a copy of the following document(s):

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT FOR WORLD SAVINGS BANK, FSB, NOW NAMED WACHOVIA MORTGAGE, FSB, ERRONEOUSLY SUED AS WACHOVIA MORTGAGE CORPORATION AND WORLD SAVINGS, INC.**

on all interested parties in said case addressed as follows:

**Served Electronically via Court's CM/ECF System:**

| | |
|---|---|
| James Curtis, Esq. | James Curtis, Esq. |
| JAMES CURTIS & ASSOC. | JAMES CURTIS & ASSOC. |
| 7121 Magnolia Ave. | 11081 Pierce Street, Suite 200 |
| Riverside, CA 92504 | Riverside, CA 92505 |

Served by Other Means:

(not applicable)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am a member of the Bar of this Court. This declaration is executed in Pasadena, California, on **May 28, 2009**.

_____Jill Ashley_____  _____(Signature)_____
(Print name)