Frederick J. Hickman (#124406)
 fhickman@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
  CAMPBELL & TRYTTEN, LLP
199 S. Los Robles Avenue, Suite 600
Pasadena, California 91101-2459
Tel: (626) 535-1900
Fax: (626) 577-7764

Attorneys for Defendant,
WORLD SAVINGS BANK, FSB;
renamed and now known as
WACHOVIA MORTGAGE, FSB,
erroneously sued as Wachovia Mortgage
Corporation, and World Savings, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DELALUZ GOMEZ,<br><br>    Plaintiff,<br><br>   vs.<br><br>WACHOVIA MORTGAGE CORPORATION (a North Carolina Corporation); WORLD SAVINGS, INC. (a California Corporation); CAL-WESTERN RECONVEYANCE CORPORATION (a California Corporation) And DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. CV 09-2111 EMC<br><br>The Honorable Edward M. Chen<br><br>STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT FOR WORLD SAVINGS BANK, FSB, NOW NAMED WACHOVIA MORTGAGE, FSB, ERRONEOUSLY SUED AS WACHOVIA MORTGAGE CORPORATION AND WORLD SAVINGS, INC. ; ORDER |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiff MARIA DELALUZ GOMEZ and defendants WORLD SAVINGS BANK, FSB, renamed and know known as WACHOVIA MORTGAGE, FSB, erroneously sued as both WACHOVIA MORTGAGE CORPORATION and WORLD SAVINGS, INC. hereby stipulate to extend this defendant's time to file their response to the complaint from June 22, 2009, to and including July 22, 2009.

This stipulation is being made at Plaintiff's request in order to permit his counsel the opportunity to voluntarily file a First Amended Complaint, rather than to require a motion to

1  dismiss the original complaint. Counsel for Plaintiff and Defendant have conducted extensive
2  meeting and conferring, in person, by telephone and in writing, over this and other complaints
3  from this firm, which are pending throughout the state in district and superior courts.  Plaintiff's
4  counsel is giving serious consideration to filing, voluntarily, a First Amended Complaint, which
5  would reduce the burden on the court and all litigants, even if a motion to dismiss may still prove
6  a necessity.
7       The court should know that counsel are not being dilatory in stipulating to this extension,
8  for their meeting and conferring has been most extensive, and the pending motions to dismiss
9  before other federal district court's in California between these two firms demonstrates that much
10 work and thought is going into this pleading issue, because at this juncture all the other
11 complaint's are similar or identical as to the issues of law raised on which the complaint's are
12 based.  However, the plaintiffs and the dates of the loans are all different.
13 IT IS SO STIPULATED.

14 Dated: June 22, 2009                           JAMES CURTIS & ASSOCIATES

15                                                By:    /s/ James Curtis
                                                         James Curtis, Esq.
16                                                       jamescurtislaw@msn.com
                                                  Attorneys for Plaintiff MARIA DELALUZ GOMEZ
17

18  Dated: June 22, 2009                          ANGLIN, FLEWELLING, RASMUSSEN
                                                         CAMPBELL & TRYTTEN LLP
19
                                                  By:    /s/ Fred Hickman
20  IT IS SO ORDERED:                                    Fred Hickman
                                                         fhickman@afrct.com
21                                                Attorneys for Defendants
                                                  WORLD SAVINGS BANK, FSB;
22  _____                   renamed and now known as
    Edward M. Chen                                WACHOVIA MORTGAGE, FSB,
23  U.S. Magistrate Judge                         erroneously sued as Wachovia Mortgage
                                                  Corporation and World Savings, Inc.
24
25             ATTESTATION PURSUANT TO GENERAL ORDER 45
26      I, Fred Hickman, attest that concurrence in the filing of this document has been obtained
    from each of the signatories.  I declare under penalty of perjury under the laws of the United
27  States of America that the foregoing is true and correct.  Executed this day, June 22, 2009.

                                                  /s/ Fred Hickman
28

Stip Extend Time Respond Complaint - July 22, 09-169823      2      CASE NO. CV 09-2111 EMC - STIPULATION RE
                                                                    EXTENSION OF TIME TO RESPOND TO COMPLAINT

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the city of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below I served a copy of the following document(s):

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT FOR WORLD SAVINGS BANK, FSB, NOW NAMED WACHOVIA MORTGAGE, FSB, ERRONEOUSLY SUED AS WACHOVIA MORTGAGE CORPORATION AND WORLD SAVINGS, INC.**

on all interested parties in said case addressed as follows:

**Served Electronically via Court's CM/ECF System:**

James Curtis, Esq.
JAMES CURTIS & ASSOC.
11081 Pierce Street, Suite 200
Riverside, CA 92505

Tel: (951) 781-2700   Fax: (951) 848-9120

Email: jamescurtis@msn.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am a member of the Bar of this Court. This declaration is executed in Pasadena, California, on **June 22, 2009.**

_____Jill Ashley_____     *Jill Ashley* (Signature)
(Print name)

Stip Extend Time Respond Complaint - July 22, 09-169823

3

CASE NO. CV 09-2111 EMC - STIPULATION RE EXTENSION OF TIME TO RESPOND TO COMPLAINT