James E. Curtis, Esq. (State Bar Number 140709)
JAMES CURTIS & ASSOCIATES
11801 Pierce Street, Suite 200
Riverside, California 92505

TEL: (951) 781-2700
FAX (951) 848-9120

Attorney for Plaintiff, MARIA DELALUZ GOMEZ

# UNITED STATES DISTRICT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| MARIA DELALUZ GOMEZ<br><br>v.<br><br>Plaintiffs,<br><br>WACHOVIA MORTGAGE CORP., (A North Carolina Corporation); WORLD SAVINGS, INC. (a California Corporation) and DOES 1 through 50, inclusive.<br><br>Defendants, | Case No.:  4:09-CV-02111-SBA<br><br>**ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS** |

   IT IS HEREBY STIPULATED by and between the parties by and through their respective counsel, subject to the approval of this Court hereby stipulate to the following:

   WHEREAS Defendant, WORLD SAVINGS BANK, FSB renamed and now know as WACHOVIA MORTGAGE, FSB, has agreed to allow Plaintiff up to and including October 8,

1

STIPULATION TO CONTINUE

2009, in which to respond to Defendant's Motion to Dismiss and to file Plaintiff's First Amended Complaint.

**IT IS SO STIPULATED**

Dated: October 6 , 2009

            JAMES CURTIS & ASSOCIATES

             */S/ JAMES CURTIS*
            JAMES CURTIS, Attorney for Plaintiffs,

Dated: October 6 , 2009

            ANGLIN, FLEWELLING, RASMUSSEN,
            CAMPBELL & TRYTTEN, LLP

            */S/ FRED HICKMAN*
            FRED HICKMAN, Attorney for Defendant

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, James Curtis, attest that concurrence in the filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 6, 2009, at Riverside, California.

            */S/ JAMES CURTIS*
           James Curtis

[PROPOSED] ORDER

It is hereby ordered that the parties have stipulated to same, that Plaintiff's have up to and including October 8, 2009 in which to respond to Defendant's motion to dismiss.

Dated: October 13, 2009

*Saundra B. Armstrong*
United States District Judge